UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EULOGIO BRAVO,                                               :
                                                             :
                Plaintiff,                        :    **ECF CASE**
                                                             :
    v.                                                     :
                                                             :    07 Civ. 05633 (SAS)
ANDREA QUARANTILLO,                                          :
                                                             :
                Defendant.                        :    NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         June 29, 2007

                                                       Respectfully submitted,

                                                       MICHAEL J. GARCIA
                                                     United States Attorney for the
                                                     Southern District of New York

                                    By:    /s/_____
                                                     SERRIN TURNER
                                                     Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Telephone: (212) 637-2701
                                                     Facsimile: (212) 637-2717
                                                     Email: serrin.turner@usdoj.gov

TO:    Spiro Serras, Esq.
          450 Seventh Avenue
          New York, NY 10123