
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

EULOGIO R. BRAVO,

        Plaintiff,

-v.-

ANDREA QUARANTILLO,

        Defendant.
----------------------------------X

07 Civ. 5633 (SAS)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that this case is hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Dated: New York, New York
July 23, 2007

By: /s/ Spiro Serras
Spiro Serras, Esq. (SS-9232)
WILENS & BAKER, PC
Attorneys for Plaintiffs
450 Seventh Avenue
New York, NY 10123
212-695-0060

So Ordered:
[signature]
USDJ
8/10/07